IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
FEB 0 5 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| MACK WHITTENBURG,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>vs.                           )      No. CIV-05-1395-W<br>                              )<br>WERNER ENTERPRISES, INC.,     )<br>et al.,                       )<br>                              )<br>     Defendants.            )  | |

## ADMINISTRATIVE CLOSING ORDER

Having been advised that the parties have reached a settlement and compromise in this matter, the Court ORDERS the Clerk of the Court to administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order or for any other purpose required to obtain a final determination of the litigation.

If the parties have not moved to reopen this matter within 95 days of this date, all claims and causes of action asserted in this case shall be deemed dismissed with prejudice.

ENTERED this 5th day of February, 2010.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE